UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE L. SIMMONS,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,,<br>Commissioner of Social Security,<br>Defendant. | ) | No. 5:26-cv-00935-JGB (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Report and Recommendation of the assigned United States Magistrate Judge. No party filed timely objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this matter without prejudice.

Dated: August 21, 2026

JESUS G. BERNAL
United States District Judge